KENNEDY BERKLEY YARNEVICH
& WILLIAMSON, CHARTERED
119 West Iron, 7th Floor
P.O. Box 2567
Salina, KS  67402-2567
(785) 825-4674 [Telephone]
(785) 825-5936 [Fax]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

BARBARA WIEGAND,                    )
                                    )
                    Plaintiff,      )
                                    )
vs.                                 )     Case No. _____
                                    )
CENTER INDUSTRIES CORPORATION,      )
                                    )
                    Defendant.      )
_____)

## COMPLAINT

Plaintiff Barbara Wiegand ("Barbara"), for her cause of action against Defendant, Center Industries Corporation ("CIC"), states and alleges as follows:

**Parties**

1. Barbara is a resident of the State of Kansas.

2. CIC is a Kansas corporation and can be served with process by service on its registered agent for service of process, Patrick T. Jonas, 5111 E. 21st Street, Wichita, KS  67208.

**Jurisdiction**

3. The Court has jurisdiction over this matter pursuant to 28 U.S.C. 1343.

**Venue**

4. Venue is proper in the District Court for the District of Kansas pursuant to 28 U.S.C. § 1391.

**Allegations of Fact**

5. Barbara is a 64-year old woman who lives in South Hutchinson, Kansas with her husband, Terry. She started working for CIC in November of 2015 as a buyer in the purchasing department.

6. During her employment, Barbara received good evaluations and was considered a valuable employee. For example, in her last annual review prior to her termination she received satisfactory in all categories and exceptional in adaptability and attendance. Her supervisor was Margaret Barber until Ms. Barber's retirement in June of 2018. Ms. Barber was in her 70's and was the person who hired Barbara.

7. Following Ms. Barber's retirement, Barbara's supervisor became Jennifer Dugan, who demonstrated a discriminatory attitude toward older workers. In fact, either Ms. Dugan or Ms. Barber had been heard to say that the next people they hire "are going to be younger and healthier." Ms. Dugan was in her 40's at the time in question.

8. A member of human resources, Jamie Taylor, has also been heard to say that they are wanting younger people at Center Industries because they will be there longer and that they do not want older people.

9. Ms. Dugan also became hostile to Barbara after she refused to obtain bids that violated Federal Aviation Administration regulations or were from suppliers not on an approved vendors list. Such purchases, which included components for aircraft

fabrications, could have serious safety ramifications and were also misleading to customers.

10. CIC terminated Barbara on October 16, 2019 for allegedly having excessive internet usage. In fact, Barbara believes that she was terminated on account of her age and/or in retaliation for her refusing to obtain improper bids from vendors.

11. Barbara has suffered damages as a result of CIC's actions including, but not limited to, lost income and benefits.

12. Barbara has exhausted her administrative remedies.

**Theories of Recovery**

## COUNT I

## AGE DISCRIMINATION

13. Barbara realleges and incorporates herein the allegations contained in paragraphs 1 through 12 above.

14. Barbara has been subjected to unlawful discrimination based on her age in violation of the Age Discrimination in Employment Act and Kansas Act Against Discrimination for which she is entitled to damages.

## COUNT II

## RETALIATION

15. Barbara realleges and incorporates herein the allegations contained in paragraphs 1 through 14 above.

16. Barbara has been subjected to unlawful retaliation in violation of Kansas public policy for which she is entitled to damages.

WHEREFORE, Barbara requests that the Court enter judgment in her favor and against CIC in an amount in excess of $75,000.00; that the costs of this action, including reasonable attorney fees, be assessed against CIC; and that the Court grant such other and further relief as it deems fair and equitable in the circumstances.

Dated: May 5, 2021

RESPECTFULLY SUBMITTED,

/s/ Larry G. Michel
Larry G. Michel   #14067
KENNEDY BERKLEY YARNEVICH
& WILLIAMSON, CHARTERED
119 West Iron Avenue, 7th Floor
P.O. Box 2567
Salina, KS  67402-2567
(785) 825-4674 [Telephone]
(785) 825-5936 [Fax]
lmichel@kenberk.com
ATTORNEYS FOR PLAINTIFF

## DEMAND FOR TRIAL BY JURY

Plaintiff hereby requests pursuant to Fed.R.Civ.P. 38(b) that all issues of fact be tried to a jury.

/s/ Larry G. Michel
Larry G. Michel

## DESIGNATION OF PLACE OF TRIAL

Pursuant to D.Kan.Rule 40.2, Plaintiff designates Wichita, Kansas as the place of Trial.

/s/ Larry G. Michel
Larry G. Michel