IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BARBARA WIEGAND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 6:21-CV-01125-KHV-ADM |
| ) | |
| CENTER INDUSTRIES CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Barbara Wiegand, by her attorney, and Defendant Center Industries Corporation file this Joint Stipulation of Voluntary Dismissal with Prejudice. The parties stipulate that this action be dismissed with prejudice as to all claims, causes of action, and parties. The Parties further stipulate that each of the parties are responsible for their own attorneys' fees, expenses, and costs, except as stated in the parties' Agreement.

Respectfully submitted this 20th day of August, 2021.

| | |
|---|---|
| By: /s/ Morgan E. Geffre | /s/Larry G. Michel |
| Morgan E. Geffre, #28116 | Larry G. Michel, #14067 |
| mgeffre@fouston.com | KENNEDY BERKLEY YARNEVICH |
| Boyd A. Byers, #16253 | & WILLIAMSON, CHARTERED |
| bbyers@foulston.com | 119 West Iron Avenue, 7th Floor |
| Foulston Siefkin LLP | P.O. Box 2567 |
| 1551 N. Waterfront Pkwy, Suite 100 | Salina, KS 67402-2657 |
| Wichita, KS 67206-4466 | (785) 825-4674 |
| Telephone: 316-291-9716 | FAX (785) 825-5936 |
| Facsimile: 866-738-3152 | lmichel@kenberk.com |
| | |
| *Attorneys for Defendant* | *Attorney for Plaintiff* |

**CERTIFICATE OF SERVICE**

This is to certify that on August 20, 2021, the above and foregoing was electronically filed with Court using the CM/ECF system which will send notice of electronic filing to all counsel of record.

By: */s/ Morgan E. Geffre*
Morgan E. Geffre, #28116